**UNITED STATES of America, Appellant, v. LEE BANK & TRUST COMPANY, Appellee.**

No. 4154.

Circuit Court of Appeals, Fourth Circuit.

April 13, 1937.

Joseph H. Chitwood, U. S. Atty., of Roanoke, Va., and Howard C. Gilmer, Jr., Asst. U. S. Atty., of Pulaski, Va.

Guy A. Kaufman, of Pennington Gap, Va., Robert L. Pennington, of Bristol, Va., and George P. Cridlin, of Jonesville, Va., for appellee.

PER CURIAM.

Judgment of District Court affirmed. Judgment filed.